IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TINA RAE WOOD,<br><br>Defendant. | CR 21–31–M–DWM<br><br><br><br>ORDER |

Defendant having moved unopposed to continue the sentencing hearing and associated deadlines in light of newly discovered information that may impact the advisory Guidelines calculation,

IT IS ORDERED that the motion (Doc. 18) is GRANTED. The following deadlines shall govern:

| | |
|---|---|
| Updated Final PSR to parties and Court: | March 8, 2022 |
| Sentencing Memoranda: | March 15, 2022 |
| Responses: | March 21, 2022 |
| Sentencing: | March 25, 2022, at 10:00 a.m. |

An updated Final PSR will only be prepared at the discretion of the United States Probation Office. Objections to that report, if any, should be raised in the parties' sentencing memoranda and will be resolved by the Court at sentencing.

1

IT IS FURTHER ORDERED that the November 5, 2021 Sentencing Order shall remain in full force and effect in all other respects.

DATED this 19th day of February, 2022

_____
Donald W. Molloy, District Judge
United States District Court